UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
JEFFREY COPLIN,                         :
                                        :
       Petitioner,                      :    Civ. No. 15-1674 (RBK)
                                        :
   v.                                   :
                                        :    **MEMORANDUM AND ORDER**
DONNA ZICKEFOOSE,                       :
                                        :
       Respondent.                      :
_____:


_____
JEFFREY COPLIN,                         :
                                        :
       Plaintiff,                       :    Civ. No. 13-6923 (RBK) (AMD)
                                        :
   v.                                   :
                                        :    **MEMORANDUM AND ORDER**
WARDEN JORDAN HOLLINGSWORTH,            :
                                        :
       Defendant.                       :
_____:

       Petitioner/Plaintiff, Jeffrey Coplin, is a federal prisoner currently incarcerated at F.C.I. Fort Dix, in Fort Dix, New Jersey. In Civ. No. 15-1674, he is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On March 25, 2015, this Court administratively terminated that habeas proceeding as Mr. Coplin's application to proceed *in forma pauperis* was incomplete. Subsequently, on May 14, 2015, Mr. Coplin paid the $5.00 filing fee for bringing a habeas action. Therefore, the Clerk will be ordered to reopen Civ. No. 15-1674. In accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b) of the Rules Governing Section 2254 Cases, Mr. Coplin's habeas petition is subject to screening. The Court will undertake the screening of Mr. Coplin's habeas petition in due course.

2

Mr. Coplin has also filed a letter Civ. No. 13-6923 on May 19, 2015. (*See* Civ. No. 13-6923 Dkt. No. 5.) In that case, Mr. Coplin had filed a civil rights complaint. The matter was administratively terminated as Mr. Coplin failed to pay the $400.00 filing fee for civil complaints or submit an application to proceed *in forma pauperis*. To date, Mr. Coplin has never paid the $400.00 filing fee nor submitted an application to proceed *in forma pauperis* in that civil rights action. Thus, that civil rights action will not be reopened. Nevertheless, while Mr. Coplin filed this letter in his administratively terminated civil rights action, it appears from the face of the letter that it relates to his habeas proceeding in Civ. No. 15-1674. Therefore, the Clerk will be ordered to file this letter also in Civ. No. 15-1674.

Accordingly, IT IS this  15th  day of  June,  2015,

ORDERED that the Clerk shall reopen Civ. No. 15-1674 such that the habeas petition can be screened in due course; and it is further

ORDERED that the Clerk shall docket plaintiff's letter (Dkt. No. 5.) in Civ. No. 13-6923 also as a letter in Civ. No. 15-1674.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge
